IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03450-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JUAN ELIAS LORENZO JUAREZ,

Applicant,

v.

TODD BLANCHE, Attorney General of the United States,
SECRETARY OF US DEPARTMENT OF HOMELAND SECURITY,
TODD M. LYONS, Acting Director of US Immigration and Customs Enforcement,
FIELD OFFICE DIRECTOR OF ICE ENFORCEMENT, Denver Field Office, and
ALL OTHER PERSONS HAVING CUSTODY OF THE PETITIONER,

Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, a detainee at an immigration detention facility in Aurora, Colorado, has filed *pro se* an *incomplete* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 along with numerous exhibits (ECF No. 1).[1] Applicant also paid the filing fee. (*Id.*). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) xx is missing all pages except the first page
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: all sections of the Application must be completed in full. Applicant need not re-submit the exhibits/attachments.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and shall use the form to cure the deficiencies. The form must be completed in full and contain all pages. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 31, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge